UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ALBERT W COCHRAN | CIVIL ACTION |
| VERSUS | NO: 19-13174 |
| ANDREW SAUL, COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION | SECTION: "F" (4) |

## ORDER

The Court, after considering the petition, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and finding that as of this date no objection to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion.  Accordingly,

**IT IS ORDERED** that the ALJ's decision denying Albert Cochran's eligibility for benefits under the Social Security Act is **AFFIRMED**.

New Orleans, Louisiana this __2nd__ day of June 2020.

_____
**MARTIN L.C. FELDMAN**
**UNITED STATES DISTRICT JUDGE**